IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| United States of America, ) | Case No. 1:09CR342 |
| ) | |
| Plaintiff, ) | Judge O'Malley |
| ) | |
| vs. ) | |
| ) | |
| Nilesh Patel, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| Pershing, LLC, ) | |
| ) | |
| Garnishee. ) | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, who obtained a judgment against defendant, Nilesh Patel, makes application in accordance with 28 U.S.C. §3205 to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Nilesh Patel, whose last known address is: Nilesh Patel, Reg. #32409-160, FCI Morgantown, Federal Correctional Institution, P.O. Box 1000, Morgantown, WV 26507, in the above cited action in the amount of $628,000.00

restitution. $25.00 has been credited to the judgment debt, leaving a total balance due of $627,975.00 as of March 17, 2011.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from March 17, 2011, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

>Pershing, LLC
>One Pershing Plaza
>Jersey City, NJ 07399
>Attn: Legal Department

>Respectfully submitted,
>Eric H. Holder, Jr.
>Attorney General of the United States
>
>Barbara L. McQuade
>United States Attorney
>Eastern District of Michigan
>
>By: /s/Lori White Laisure
>    Lori White Laisure #0060084
>    Assistant U. S. Attorney
>    United States Court House
>    801 West Superior Avenue, Suite 400
>    Cleveland, OH. 44113
>    Phone: (216) 622-3911
>    E-Mail: Lori.W.Laisure@usdoj.gov
>    FAX: (216) 522-4542